IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE McCLAIN, #133958 ) | |
| LEON FOY, #125322 ) | |
| ROY MOSE, #197649 ) | |
| ANDRE L. WEBSTER, #159444 ) | |
| ) | |
| v. ) | ~~CIVIL ACTION NO. 2:05-CV-943-F~~ |
| ) | |
| BOB RILEY, et al., ) | 2:05cv946-F |
| ) | |
| Defendants. ) | |

**ORDER**

Ronnie McClain, Leon Foy, Roy Mose and Andre L. Webster, state inmates, filed this 42 U.S.C. § 1983 action challenging the conditions of confinement to which they are subjected at the Elmore Correctional Facility and asserting claims with respect to the general conditions of correctional facilities operated by the Alabama Department of Corrections. Each of these inmates filed a motion for leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d). The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id.* Accordingly, the Clerk of this court is hereby DIRECTED to:

1. Open four (4) separate civil actions - one for each inmate who signed the instant complaint. The Clerk is advised that the case number of the present cause of action shall

be assigned to Ronnie McClain.

2. Assign the newly opened cases to the Magistrate Judge and District Judge to which the instant cause of action is assigned.

3. Place the original complaint and motion for leave to proceed *in forma pauperis* submitted by inmate McClain in the instant case file.

4. Place a copy of the complaint and the appropriate inmate's *in forma pauperis* application in each newly opened case.

5. Refer these case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

Done this 5th day of October, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE