

## AS ONE OPTION TO CROWDING

## Governor considers additional prison

*Associated Press*

MONTGOMERY — Gov. Bob Riley said Friday he is considering construction of another state prison as one option for housing the growing number of state inmates.

Alabama has 1,921 state inmates backed up in county jails because of a lack of space in state prisons. The state Department of Corrections had 2,844 inmates backed up, but that backlog was eliminated last year by sending inmates to private prisons out of state, increasing paroles and expanding community corrections programs.

The state Department of Corrections once had 2,844 inmates backed up, but that backlog was eliminated last year by sending inmates to private prisons out of state, increasing paroles, and expanding community corrections programs.

The backlog began to return this fall. Riley said that the state has tried wrapping up parole releases for non-violent offenders, but now the old problem facing the state is finding space for violent offenders. "What we've got now is folks who just doesn't exist," he said.

Riley said his administration is studying three options: having county jails house more inmates, sending inmates to private prisons or building another state prison for violent offenders.

The Alabama Sheriffs Association is surveying county sheriffs to see how many have space in their jails and whether they would be willing to house state prisoners.

Riley said officials from four or five counties have expressed interest in getting a state prison because of the jobs it provides.