

# Numbers on the rise

*State inmates backlog building again*

**EDITORIALS**