**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Paul Whaley, Director
   Alabama Dept. of Corrections
   Classification Division
   PO Box 301501
   Montgomery, AL   36130

   05-946

2. Article Number
   (Transfer from service label)

   7005 1160 0001 3017 0880

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]           ☐ Agent
                           ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Paul Whaley Sr.              27/12/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540