**Document #10 assigned in error.  There is no PDF to this docket entry.**