**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 1, 2005

# NOTICE OF CORRECTION

**To:**            Counsel of Record

**From:**          Clerk's Office

**Case Style**     Leon Foy vs. Bob Riley, et al.
                   Civil Action No.   2:05cv946

**Referenced Pleading:**   Motion for Preliminary Injunction
                           Doc. 10

**This Notice of Correction filed in the above referenced case to reflect docket number assigned in error. There is no pdf to this docket entry.**