IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| LEON FOY, #125322, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-946-F |
| | ) | WO |
| BOB RILEY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #7) to the Recommendation of the Magistrate Judge (Doc. #4) filed on October 25, 2005 is overruled;

2. The Recommendation of the Magistrate Judge entered on October 13, 2005 is adopted;

3. The plaintiff's Motion for Class Certification is DENIED.

4. This case is referred back to the Magistrate Judge for appropriate proceedings

DONE this 7th day of November, 2005.

　　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE