IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON FOY, 125322 | ) |
| Plaintiff | ) |
| v. | ) CIVIL ACTION NO: 2:05-CV-946-F |
| BOB RILEY, ET AL., | ) |
| Defendants | ) |

STATE OF ALABAMA

ELMORE COUNTY

I, Steve Watson, hereby certify and affirm that I am a Warden II at Elmore Correctional Facility, Elmore, Alabama; that I am one of the custodians of the inmate institutional records at this institution; that the attached documents are true, exact, and correct photo-copies of certain original documents maintained here in the institutional files; and that I am over the age of nineteen (19) years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at Elmore Correctional Facility; and that said documents were made at, or reasonably near the time that such acts, events, and transactions referred to therein are said to have occurred.



EXHIBIT D

This, I do hereby certify and affirm to on the 1st day of December 1, 2005.

_____
Warden II Steve Watson
Elmore Correctional Facility

State of Alabama
Elmore County

Sworn to and subscribed before me and under my hand and official seal this the 1st day of December, 2005.

_____
Notary Public

My commission expires: __1-2006__

# ALABAMA DEPARTMENT OF PUBLIC HEALTH
## FOOD SERVICE ESTABLISHMENT / RETAIL FOOD STORE INSPECTION REPORT

Elmore _____ COUNTY HEALTH DEPARTMENT                SCORE **92**

LEGAL NOTICE TO THE PROPRIETOR OR MANAGER: You are respectfully notified of such violations of the Alabama State Board of Health Rules for Food Establishment Sanitation as are indicated by a circle in the Inspection Report. This report constitutes an official notice to comply with Chapter 420-3-22 of the aforesaid Rules within a period of _____ days. Failure to comply with this notice may result in cessation of food operations.

ESTABLISHMENT NAME: **Elmore Correctional**
OWNER OR MANAGER NAME:
ADDRESS: **Hwy 23 North, Elmore AL**
ZIP CODE:

| PERMIT NUMBER | MO. DAY YEAR | INSP. TIME | PERMITTED | PURPOSE | COMPLIANCE INSP. REQUIRED | NO. OF CRITICAL ITEMS |
|---|---|---|---|---|---|---|
| | 04 16 04 OUT / IN | | YES ☐ / NO ☐ | Regular Compliance ☒ / Complaint ☐ / Other ☐ | YES __ / NO X | 5 |

*CRITICAL ITEMS REQUIRING IMMEDIATE ACTION

### FOOD | WT.
- 01* Source: sound condition, quality standards, (frozen desserts), not adulterated, no spoilage — 5
- 02 Original container; properly labeled — 1

### FOOD PROTECTION
- 03* Potentially hazardous food meets temperature requirements during storage, preparation, display, service, cooling, transportation — 5
- 04* Facilities to maintain product temperature — 4
- 05 Thermometers provided and conspicuous — 1
- 06 Potentially hazardous food properly thawed — 2
- 07* Unwrapped and potentially hazardous food not re-served; Cross Contamination prevented; damaged/dented food segregated — 4
- 08 Food protection during storage, preparation, display, service, transportation — 2
- 09 Handling of food (ice) minimized — 2
- 10 In use, food (ice) dispensing utensils properly stored — 1 (circled)

### PERSONNEL
- 11* Personnel with infections restricted — 5
- 12 Hands washed and clean, good hygienic practices — 5
- 13 Clean clothes, hair restraints — 1

### FOOD EQUIPMENT AND UTENSILS
- 14 Food (ice) contact surfaces: designed, constructed, maintained, installed, located — 2
- 15 Nonfood contact surfaces: designed, constructed, maintained, installed, located — 1
- 16 Dishwashing/warewashing facilities: designed, constructed, maintained, installed, located, operated — 2 (circled)
- 17 Accurate thermometers, chemical test kits provided, gauge cock (1/4" IPS valve) — 1
- 18 Pre-flushed, scraped, soaked —
- 19 Wash, rinse water: clean, proper temperature — 1
- 20 Sanitization rinse: clean, temperature, concentration, exposure time; equipment, utensils sanitized — 4
- 21 Wiping cloths; clean, use restricted; stored — 1
- 22 Food contact surfaces of equipment and utensils clean, free of abrasives, detergents — 2
- 23 Nonfood contact surfaces of equipment and utensils clean — 1 (circled)
- 24 Storage, handling of clean equipment/utensils — 1
- 25 Single service articles, storage, dispensing, wrapped — 1
- 26 No re-use of single service articles — 2

### WATER
- 27 Water source, safe; hot and cold under pressure — public (X) private ( ) — 5

### SEWAGE | WT.
- 28* Sewage and waste water disposal — public ☒ private ☒ — 4

### PLUMBING
- 29 Installed, maintained — 1
- 30* Cross connection, back siphonage, backflow — 5

### TOILET AND HANDWASHING FACILITIES
- 31* Number, convenient, accessible, designed, installed — 4
- 32 Toilet rooms enclosed, self-closing doors; fixtures, good repair, clean; hand cleanser, tissue, sanitary towels/hand-drying devices provided, proper waste receptacles — 2 (circled)

### GARBAGE AND REFUSE DISPOSAL
- 33 Containers or receptacles, covered; adequate number, insect/rodent proof, frequency, clean — 2
- 34 Outside storage area enclosures properly constructed, clean, controlled incineration — 1

### INSECT, RODENT, ANIMAL CONTROL
- 35* Presence of insects/rodents—outer openings protected, no birds, turtles, other animals — 4

### FLOORS, WALLS AND CEILINGS
- 36 Floors; constructed, drained, clean, good repair, covering installation, dustless cleaning methods — 1 (circled)
- 37 Walls, ceiling, attached equipment; constructed, good repair, clean surfaces, dustless cleaning methods — 1 (circled)

### LIGHTING
- 38 Lighting provided as required, fixtures shielded — 1

### VENTILATION
- 39 Rooms and equipment—vented as required — 1

### DRESSING ROOMS
- 40 Rooms, area clean, lockers provided, located, used — 1

### OTHER OPERATIONS
- 41* Toxic items properly stored, labeled, used — 5
- 42 Premises maintained free of litter, unnecessary articles, cleaning maintenance equipment properly stored, authorized personnel — 1
- 43 Complete separation from living/sleeping quarters, Laundry — 1
- 44 Clean, soiled linen properly stored — 1

ADMINISTRATIVE NOTICES POSTED   Yes ☐   No ☐   (Circle)   Food Permit ___ Inspection Report ___ Other ___
RECEIVED BY: Name _____   Title: Correctional Officer
INSPECTED BY: Name _____
REMARKS: