IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON FOY, #125322, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 2:05-CV-946-F |
| BOB RILEY, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

This cause of action is presently pending before this court on a 42 U.S.C. § 1983 complaint filed by Leon Foy ["Foy"], a state inmate incarcerated at the Elmore Correctional Facility. In this complaint, Foy challenges the conditions of confinement to which he is subjected at the Elmore Correctional Facility and asserts claims with respect to the general conditions of correctional facilities operated by the Alabama Department of Corrections. On December 1, 2005, inmate Andre Lavel Webster filed a motion to intervene. *See Court Doc. No. 23*. The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id*. Moreover, the court notes that Webster has a cause of action pending before this court in which he asserts identical claims for relief as those presented by Foy. *See Webster v. Riley, et al.*, Civil Action No. 05-CV-948-F. Accordingly, it is

ORDERED that the motion to intervene filed by Andre Lavel Webster be and is hereby DENIED.

Done this 20TH day of December, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

*FOR*

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE