IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEON FOY, #125322, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-946-F |
| | ) | |
| BOB RILEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

**ORDERED** that on or before January 10, 2006 the defendants shall file answers in accordance with the order entered on October 24, 2005 (Court Doc. No. 6).

Done this 20th day of December, 2005.

                                          **/s/ Delores R. Boyd**
                                          DELORES R. BOYD
                                          UNITED STATES MAGISTRATE JUDGE

                                          *for*

                                          VANZETTA PENN MCPHERSON
                                          UNITED STATES MAGISTRATE JUDGE