**Answers to Complaints**
2:05-cv-00948-MEF-VPM Webster v. Riley et al (INMATE 1)

# U.S. District Court

## Alabama Middle District

Notice of Electronic Filing

The following transaction was received from Sirmon, Steven Mallette entered on 1/10/2006 at 3:35 PM CST and filed on 1/10/2006

**Case Name:**       Webster v. Riley et al (INMATE 1)
**Case Number:**     2:05-cv-948
**Filer:**           William Segrest
**Document Number:** 27

**Docket Text:**
*Response to the Court's Order dated 20th Dec 2005 and* ANSWER to Complaint by William Segrest. (Sirmon, Steven)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=1/10/2006] [FileNumber=470623-0]
[aa3ee4d50088b65e4b44cc14e0b20b1c8f2ef80a1bf742c646e5ae72beee9d40cbd8
99d3642f9790e8545fc800270d97ff753663a59d038c4672e049c1c4099f]]

**2:05-cv-948 Notice will be electronically mailed to:**

Hugh Davis    dana.pittman@paroles.alabama.gov, hugh.davis@paroles.alabama.gov

Steven Mallette Sirmon    steven.sirmon@paroles.alabama.gov, dana.pittman@paroles.alabama.gov

Staff Attorneys    cc_prose@almd.uscourts.gov

Jack W. Wallace , Jr    consumerfax@ago.state.al.us

**2:05-cv-948 Notice will be delivered by other means to:**

Roy Mose
AIS# 197649
Elmore Correctional Facility
PO Box 8
Elmore, AL 36025

Andre Lavel Webster

AIS# 159444
Elmore Correctional Facility
PO Box 8
Elmore, AL 36025