IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LEON FOY #125322
    PLAINTIFF

v.                                     CIVIL ACTION NO:2:05-CV-946-F

BOB RILEY, ET AL
    DEFENDANT[S]

## MOTION FOR EXTENSION OF TIME

COMES NOW, PLAINTIFF LEON FOY#125322 AND RESPECTFULLY REQUEST THIS HONORABLE COURT PURSUANT TO FED.R.CIV.P.RULE 6 FOR EXTENSION OF TIME TO FILE THE PLAINTIFF'S ANSWER TO THE DEFENDANT[S] SPECIAL REPORT THAT WERE ORDERED BY THIS COURT DECEMBER 20,2005. THE PLAINTIFF STATES THAT THIS EXTENSION WILL NOT PREJUDICE DEFENDANT[S] IN ANY WAY. HOWEVER, DUE TO THE INADEQUACY OF THE TIME ALLOWED IN THE LAW LIBRARY AND DUE TO THE MULTIBLE COPIES THAT ARE NEEDED.

                                              RESPECTFULLY SUBMITTED

                                              _Leon Foy_
                                              LEON FOY#125322

DONE THIS DATE JANUARY 4, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING UPON THE ATTORNIES FOR THE DEFENDANTS BY FIRST CLASS MAIL ON THIS IN __4TH__ DAY OF __JAN, 06__

JACK WALLACE JR.
ASSISTANT ATTORNEY GENERAL
11 SOUTH UNION ST.
MONTGOMERY, AL. 36130

~~WILLIAM SEGREST~~
~~ET~~

STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
ALA. BD. PARDONS AND PAROLES
P. O. Box ---
MONTGOMERY, AL. 36130

RESPECTFULLY SUBMITTED,

_Leon Foy_
LEON FOY # 125322