## AFFIDAVIT

I TOMMY L.WILLIAMS#147065 AM OVER THE LEGAL AGE OF 21.WERE RETURNED TO THE ALABAMA DEPARTMENT OF CORRECTION{A.D.O.C}AFTER A COURT HEARING BY TUSCALOSA DEPARTMENT OF PARDON & PAROLE WITH PAROLE OFFICER AND THE FIELD OFFICER TO DETERMINE WHETHER TO REVOKE OR RE•INSTATEMENT. AFTER THIS HEARING IT WAS RECOMMENDED THAT I BE RE•INSTATED UPON COMPLETION OF SUBSTANCE ABUSE PROGRAM{S.A.P}.ON OR ABOUT JANUARY 18, 2001 I WAS TRANSFERRED TO THE KILBY FACILITY FOR FINAL REVOCATION HEARING IN WHICH I NEVER RECEIVE,EVEN AS TODAY..AFTER BEING EVALUATED BY THE CLASSIFICATION DIVISION I WERE SENT TO THE HOLAM FACILITY{**MAX**} ALTHOUGH I WAS SUPPOSINGLY WENT DIRECTLY BACK TO THE STATUS THAT I WERE PAROLED FROM ACCORDING TO THE CLASSIFICATION MANAUL.BEFORE,BEING TRANSFERRED TO A.D.O.C I GOT INTO A CONFRONTATION WITH TWO OTHER INMATES AND BROKE **BOTH HANDS**,IN WHICH MEDICAL RECORDS WILL SHOW THAT I DID VISIT THE **DRUGCITY HOSPITAL** IN TUSCALOOSA COUNTY TO RECEIVE EX-RAYS ALONG WITH CASTS FOR **BOTH HANDS** AND PLACED ON SOME EXTREMELY INTOXICATING **NARCOTIC FOR SOME EXCRUCIATING PAIN**.AFTER,ARRIVING AT KILBY FACILITY THE OFFICERS AT THE RECEIVING UNIT HAD TO CALL FOR A FEMALE SEGENT FOR INSTRUCTIONS ON WHAT TO DO CONCERNING MY CONDITIONS. WHEN SHE CAME TO EVALUATE THE SITUATION SHE FELT THE NEED TO CONTACT THE WARDEN AND HE CAME TO THE RECEIVING UNIT AS WELL.SEVERAL HOURS LATER I WAS PLACED INTO AN ISOLATED CELL IN THE HOSPITAL WARD(WEST•WARD) SEPARATED FROM ALL OTHER INMATES.I REMAINED THERE FOR MORE THAN TWO WEEKS AND WAS TRANSFERRED TO THE HOLMAN FACILITY,ONE OF THE A.D.O.C **MOST DANGEROUS** MAXIMUM SECURITY INSTITUTION IN THE STATE.WITH THESE CONDITIONS(**CAST ON BOTH HANDS**)RECORDS WILL PROVE,BECUASE I HAD AN APPOINTMENT WITH A SPECIALIST[BONE]IN MONTGOMERY,IN WHICH OFFICERS

TRANSPORTED ME TOO.YET,UNTIL THIS VISIT WITH THE DOCTOR I CONTINUED TO TAKE MEDICINE FOR THE PAIN AND THE ADMINISTRATION[I.C.S]PLACED ME IN THE KITCHEN AS A JOB ASSIGNMENT AND THE SHIFT OFFICE ASSIGNED ME TO HOUSE IN AN OPEN BAY AREA AMONGST APPROXIMATELY 200 OTHER INMATES,UNABLE TO PROPERLY USE THE BATHROOM ON MY OWN,NOT TO MENTION BEING ASSIGNED TO A TOP BUNK.AFTER GOING TO THE LIBRARY I LEARNED THAT IN THE CLASSIFICATIONAL INITIAL MANUAL READS"IN THE EVENT OF PAROLEE BEING RETURNED BACK TO A.D.O.C UNDER TECHNICAL VIOLATION THIS PARLEE SUPPOSE TO RETURN TO THE SAME STATUS IN WHICH HE WERE RELEASED,I PAROLED FROM THE LIMESTONE FACILITY.SO,THE A.D.O.C CLASSIFICATIONAL REVIEW BOARD COULD HAVE VERY WELL DEPRIVED ME OF ONE OF MY CONSTITUTIONAL RIGHTS BY NOT ALLOWING ME TO BE FREE OF CRUEL & UNUSUAL PUNISHMENT(5TH AMENDMENT).

_____
TOMMY L.WILLIAMS#147065

STATE OF ALABAMA

ELMORE,COUNTY

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS _18th_ DAY OF JANUARY,2006

_____
NOTARY PUBLIC

_____
MY COMMISSION EXPIRES: April 5, 2008