IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LEON FOY #125322               *
    PLAINTIFF,

V.                                          *

BOB RILEY, ET AL,.           * CIVIL ACTION NO:2:05-CV-946-F
    DEFENDANT[S]
                                         *

## AFFIDAVIT

STATE OF ALABAMA

ELMORE COUNTY

    BEFORE ME, THE UNDEERSIGNED AUTHORITY, A NOTARY PUBLIC, IN AND FOR SAID COUNTY AND STATE OF ALABAMA AT LARGE, PERSONALLY APPEARED TERRANCE CULLIVER WHO BEING KNOWN TO ME AND BEING BY ME FIRST DULY SWORN, DEPOSES AND SAYS ON OATH AS FOLLOWS;

    THE AFFIDAVIT IS SUBMITTED BY TERRANCE CULLIVER#173861, A INMATES HOUSED AT ELMORE CORRECTIONAL FACILITY. I AM OVER THE AGE 21. I AM ASSISGNED TO WORK IN THE KITCHEN AT ELMORE CORRECTIONAL FACILITY AND HAVE BEEN FOR SEVEN(7)MONTHES. MY JOB IS KEEPING THE FLOORS CLEAN. THE KITCHEN FACILITIES AND EQUIPMENT IS OBSOLETE AND UNSANIARY. THE COOKING EQUIPMENT IS ODL AND OUTDATED AND POORLY MAINTAINED. THE DISHWASHER LEAKS WATER ON THE FLOOR IN THE DISHROOM CREATING A SAFETY HAZARD FOR THOSE WORKING IN THE DISHROOM AND MAIN KITCHEN AREA. FLOOR DRAINS BARELY FUNCTION AND STANDING POOLS OF WATER ARE COMMON, I HAVE SEEN(WITNESSED)TWO INMATES SLIP AND FALL. INMATES WORKERS ARE NOT GIVEN BASIC INSTRUCTION OF FOOD PROTECTION AND FOOD SANITATION. POOLS OF WATER ARE ALSO CONSTANTLY STANDING IN THE STORAGE COOLERS. FOOD STORAGE SHELVES ARE SOILDED WITH DIRT . THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

_____
TERRANCE CULLIVER #173861

STATE OF ALABAMA

ELMORE COUNTY

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS THE 18th DAY OF Jan, 06

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: April 5, 2008