**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

## Affidavit

My Name is Roderick Hightower, # 192231

I'm a Inmate Housed at Elmore Correctional Facility, Elmore, Alabama 36025.

I am of legal age of 21. I am doing this of my own will

I Live in B2, it is 196 inmates in this dorm also. it is overcrowded, limited amount of space, and poor maintance showers.

The food is not prepared propley. Sometime they serve left over food and serve half done meat sometime. Utensils be Cleaned improperly.

The above Information is true and correct to the best of my knowledge, under penalty of perjury

Submitted this 3rd day of January 2006

Respectfully Submitted,
Roderick Hightower
Roderick Hightower