**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

1-2-06

## AFFIDAVIT

My Name is Darrell D. Madden # 242211 an Inmate at Elmore Correctional Facility

I have Been at Elmore Since September '05 and Since then My Biggest problem is it's is 196 inmates in My Dorm B-2 and when I get off Work and get ready to take a Shower i always have to wait due to Shower not working. and when i finally take a Shower and wait for pill call I wait two hours to get My Medicine. also in The Kitchen over By the area they Serve the Juice there is water all over the floor from the drainage Backing up. and The trays are always dirty. and for this to be a work camp the chow they Serve is Something you wouldn't feed a child Because it's not Enough. When it rain I have to Move My Bed to Keep from getting wet and it Be Very Cold at Night with the Heat not work properly with only one thin Blanket.

I Swear under the penalty of perjury the above Information is true

Sworn and Subscribed This 2nd day of Jan. 2006

Darrell D. Madden #242211
Darrell D. Madden #242211