**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

Affidavit

My Name is Dewey E. Goins, #192013 A Inmate Housed at Elmore Correctional Facility, Elmore, Alabama 36025.

I am of Legal age of 42. I am doing this of my own will.

I stay in dorm B2, and it has 196 inmates. The dorm lets rain in next to my bed and the inmate next to me has to let his bed be moved next to me, to get out of the way of the rain to come in. So it makes me feel not to safe at that time.

The restroom is not set up to take care of us as needed, or at most of the time. We ten to have to wait for a priod of time to get to use the showers. They have 12 showers but most of the do not work.

The dorm is overcrowded and it at times causes tension between Inmates. I know I got myself in here and I blame no-one for it, but we should not have to live like this. No one should have to live like this at any time of their life.

I Swear under the Penalty of Perjury the above information is True and Correct.

Sworn to and Subscribed this 2nd day of Jan 2006

Dewey E. Goins 192013
Dewey E. Goins 192013