My name is Barry Collins 174447.
I am over the age of 21, I do hereby
submit the following information, I
am incarcerated at Elmore Correction
Center, I live in B2 #67. Due to so
many inmates there is a lot of argument
and tension there are long waiting
lines to use the toilets and sinks and
showers.

There is about 200 inmates that
live in this dorm and it rains
inside the dorm and no air.

There has been limited amount
of space to walk between the
beds. Not all showers and toilets
work, there is not enough showers
and toilets for the amount of inmates

I can and will at least to this
information stated above, submitted
under the penalty of perjury

Swan to this 3rd of January 2006

Respectfully Submitted

Barry Collins