**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

## AFFIDAVIT

My Name is Walter Hill Jr. #187805 A. Inmate Housed At Elmore Correctional Facility, Elmore, Alabama 36025.

I am of Legal age 43, I am not under the Influence of Medication or drugs.

Specifically, I an Housed IN B Dorm Bay 2. B2 currently Has And Houses 196 Inmates.

There are 12 shower Heads only (6) works There is no Ventilation inside the Dorm. Because of So many People, I also Have to wait in a Line For 3 to 4 Hours. Sometimes to take a Shower.

It Rains Inside of the Dorm Causing Several Inmates to Move There beds to Keep From getting wet. All The Time it Cold becauses The Heat don't work to good, And we only get one blanket to Cover up in.

I witness Fights in the Last two Months

I swear under the Penalty of Perjury the above Information is True And Correct.

Sworn to And Subscribed this 2 day of Jan. 2006

Walter Hill Jr. #187805
Walter Hill Jr. #187805