# AFFIDAVIT

My name Wayne Yeomans, # 171109 a inmate housed at Elmore Correctional Facility, Elmore, Alabama 36025.

I am of legal age 27, I am not under the influence of medication or drugs.

Specifically, I am housed in B-Dorm 2 bay, Bed # 46. B2 currently houses 196 inmates.

It rains inside of the dorm causing several inmates to move their beds to avoid getting wet.

There are 12 shower heads, only six (6) work.

There is no ventilation inside the dorm. Because of so many inmates, I've had to wait in a line for 2 sometimes 3 hours to use the shower.

I have witness at least three (3) fights in the last two months.

I swear under the penalty of perjury the above information is true and correct.

Sworn to and subscribed this 2nd day of Jan. 2006.

Wayne Yeomans 171109
Wayne Yeomans, # 171109