# Affidavit

My Name is Kilpatrick Lance, AIS# 215167 I am currently a inmate at Elmore Correction Center. I am over the age 21 and submitts this affidavit on my own free will and accord.

I live in B2, it is some 196 inmates that also reside in B2 Dorm.

The Dorm is severely overcrowded, there is not enough showers nor toilets for a 196 inmates, there is a waiting list sometimes for hours.

There is no ventilation or proper air throughout the dorm. It rain inside the dorm, inmates argue and sometime get in to fights due to tension and lack of space.

The Beds are placed to close to each other.

The above information is true and correct to the best of my knowledge under the penalty of perjury—

Sworn to and Subscribed this 3rd day of Jan 2006.

Kilpatrick Lance 215167
Kilpatrick Lance, 215167