October 31, 2005

# The Elmore Times

## Where To Be and What's Going On Nov. 01, 2005

### RELEASES
**11-01-05**
| | |
|---|---|
| TWORKOWSKY, John | 183511 |
| ROSS, Cornelius | 206221 |

### EMPLOYEE NOTICES

Representatives from American Heritage Life will be at the Frontgate on Wed. 2nd and Thurs. 3rd from 5:30am to include 2nd Shift.

The DOC Annual Christmas Luncheon will be Dec. 15, 11:00am - 1:00pm in Birmingham at the Wynfrey Hotel Ballroom. Tickets are $20.00, please see Ms. Slatton to purchase yours.

$1.00 or 6 for $5.00 Raffle Tickets are on sale now for Hunter & Fisherman Gift Basket See Ms. Collier to purchase yours.

### MEDICAL APPTS.

**To SHCU @6:15am 11-01 for Lab - Exit Bloodwork**
| | |
|---|---|
| MARSHALL, Ray | 156579 |
| PRITCHETT, Paul | 190941 |
| TYUS, Larry | 181994 |
| NIX, Travis | 218416 |
| JONES, Tavares | 225851 |

**To SHCU @6:15am 11-01 for Lab-NPO**
| | |
|---|---|
| CAMPBELL, Sam | 195287 |
| ACOFF, Henry | 111741 |
| ANDERSON, Thomas | 168000 |
| COLEMAN, Joe | 097712 |
| JOHNSON, Allen | 164448 |
| BRUNO, Stanley | 121656 |
| WHATLEY, Bobby | 202048 |
| DRAKE, Ryan | 198230 |
| WILLIAMS, Tommy | 147065 |

| | |
|---|---|
| HARRIS, Eddie | 112009 |
| PEARSON, Jessie | 105272 |

**ToSHCU@7:00am11-01forX-rays**
| | |
|---|---|
| MILES, Louis | 138374 |
| McCABE, Joseph | 199393 |
| BARBER, John | 138540 |
| TURNER, Willie | 192572 |
| GRADY, Leon | 125251 |
| TODD, Steven | 238746 |
| Thomas, Cleveland | 128679 |
| PHILLIPS, Willie | 120754 |
| REDD, John | 177676 |
| SEARS, David | 239097 |

**ToSHCU@7:30am11-01 for MD**
| | |
|---|---|
| PHILLIPS, Erron | 196856 |
| ABSTON, Herman | 112858 |
| PITTS, Arthur | 135526 |
| TERRELL, Brian | 218173 |
| PERDUE, Johnny | 232618 |
| Hockaday, Scottie | 181616 |
| MOODY, Willard | 170989 |
| CARDEN, Billy | 146874 |
| MOORE, Michael | 155349 |
| Streeter, Samuel | 091026 |
| BUNDY, Russell | 163783 |
| Williams, Chester | 221049 |
| Goggins, Bernard | 241522 |

**To SHCU @8:00am 11-01 for Dental**
| | |
|---|---|
| COLLIER, Cedric | 186967 |
| MOODY, Willard | 170989 |
| PAGE, Michael | 152755 |

**To SHCU @12:00pm 11-01 for Dental**
| | |
|---|---|
| WYATT, David | 237063 |
| BROOKS, Antonio | 219891 |
| BASS, Michael | 242261 |

### INMATE NOTICES

The following inmates are to report to the Chapel @9:00am 11-01 for a Workshop
| | |
|---|---|
| BARNES, Antonio | 200578 |
| BRYANT, Corvin | 149205 |
| CARTER, Dewon | 155504 |
| CHAPPELL, Edwin | 181264 |
| CURRY, Jessie | 242041 |
| EWING, David | 218515 |
| FLANAGAN, Steve | 227776 |
| GARRETT, Herbert | 171757 |
| GIPSON, Lang | 233990 |
| HURST, Leslie | 241254 |
| INGRAM, Jeffrey | 222816 |
| MARTIN, Roy | 139078 |
| Mathis, Christopher | 131604 |
| Merriweather, Antonio | 166859 |
| ORR, Morris | 202480 |
| RACHEL, Montwell | 241161 |
| SEARS, David | 239097 |
| WHORTON, Thomas | 127237 |
| WILBOURN, Kenneth | 227568 |
| Williams, Frederick | 180864 |

Stop up the following inmates @ 9:00am 11-01 for Ms. McQueen's Open House
| | |
|---|---|
| BARTON, Timothy | 232807 |
| COBB, Edarious | 225996 |
| ARNETTE, Mark | 154009 |
| ELLIS, Cedric | 177241 |
| CURRY, Randy | 228193 |
| BLACK, Kenneth | 175555 |
| DAVIS, Arthur | 157941 |
| COLLIER, Cedric | 186967 |
| EDMONDS, Clark | 167752 |
| CAPPS, Joseph | 200074 |
| CORELLI, Arturo | 165359 |

**October 28, 2005**

# The Elmore Times

### Where To Be and What's Going On  Oct. 29-31, 2005

## RELEASES

**10-29-05**
| | |
|---|---|
| NEWTON, Jeffrey | 234787 |

**10-30-05**
| | |
|---|---|
| PLAYER, James | 214511 |

**10-31-05**
| | |
|---|---|
| JOHNSON, James | 177835 |
| JOHNSON, Kawaski | 225839 |
| OWENS, Bryant | 238344 |

## EMPLOYEE NOTICES

The DOC Annual Christmas Luncheon will be Dec. 15, 11:00am - 1:00pm in Birmingham at the Wynfrey Hotel Ballroom. Tickets are $20.00, please see Ms. Slatton to purchase yours.

$1.00 or 6 for $5.00 Raffle Tickets are on sale now for Hunter & Fisherman Gift Basket See Ms. Collier to purchase yours.

## MEDICAL APPTS.

To SHCU @8:30am 10-31 for MD
| | |
|---|---|
| GRAHAM, Jeffrey | 239814 |
| McLendon, Kenneth | 234729 |
| TERRELL, Brian | 218173 |
| JONES, Albert | 138531 |
| PARKER, Reginald | 146033 |
| MAXWELL, Chance | 239987 |
| SEARS, David | 239097 |
| GARDNER, Adrian | 161800 |
| HARMON, Archie | 175315 |
| WILLIAMS, James | 126909 |
| SPURLOCK, Thomas | 238238 |
| ROBBINS, Dewayne | 166638 |
| BARNES, Carlos | 197722 |
| RAY, McArthur | 204233 |

## INMATE NOTICES

Jeffrey Jones will check out to Compost on Sat. 30th and Sun. 31st per Lt. Dennis

Stop up the following inmates @ 8:30am 10-31 to see Mr. Moncrief
| | |
|---|---|
| REMBERT, George | 081073 |
| NOLAN, Richard | 134438 |
| FLOYD, Ronald | 171793 |
| BROOKS, Arthur | 174989 |
| JONES, Jeffrey | 179352 |
| JENKINS, Charles | 184906 |
| WALKER, Bradley | 209739 |
| Rawlinson, Michael | 212795 |
| Hamby, Christopher | 216492 |
| FELDER, Patrick | 223103 |
| WEBSTER, Andre | 159444 |
| SCOTT, Anthony | 190669 |
| HADI, Zakariya | 193114 |
| Humphrey, Marshall | 197950 |
| LEWIS, Gary | 154848 |
| Christian, Roderick | 171443 |
| SAPP, Charles | 199405 |
| GREEN, Mickey | 209483 |

Stop up the following inmate @ 9:00am 10-31 to see Ms. McQueen for Progress Review
| | |
|---|---|
| Birmingham, Walter | 240882 |

## ATTENTION ALL INMATES

Islamic Services will be held nightly from 5:00 - 6:30pm and Christian Services from 6:30 - 8:30pm starting 11-01-05

As of 10-11-05, ALL inmates must sign in at all Chapel Services. You must put your Name, AIS#, Dorm and Bed # or you will receive a Disciplinary.

NOTICE: Inmate Store Slips
You must put the item # on the slip. Do not put the description of the item.

ALL SALES ARE FINAL AT THE CANTEEN AND THE SANDWICH LINE. YOU MUST CHECK YOUR PURCHASES BEFORE YOU LEAVE WITH THEM.