October 31, 2005

# The Elmore Times

## Where To Be and What's Going On  Nov. 01, 2005

### RELEASES
**11-01-05**
| | |
|---|---|
| TWORKOWSKY, John | 183511 |
| ROSS, Cornelius | 206221 |

### EMPLOYEE NOTICES

Representatives from American Heritage Life will be at the Frontgate on Wed. 2nd and Thurs. 3rd from 5:30am to include 2nd Shift.

The DOC Annual Christmas Luncheon will be Dec. 15, 11:00am - 1:00pm in Birmingham at the Wynfrey Hotel Ballroom. Tickets are $20.00, please see Ms. Slatton to purchase yours.

$1.00 or 6 for $5.00 Raffle Tickets are on sale now for Hunter & Fisherman Gift Basket See Ms. Collier to purchase yours.

### MEDICAL APPTS.

**To SHCU @6:15am 11-01 for Lab - Exit Bloodwork**
| | |
|---|---|
| MARSHALL, Ray | 156579 |
| PRITCHETT, Paul | 190941 |
| TYUS, Larry | 181994 |
| NIX, Travis | 218416 |
| JONES, Tavares | 225851 |

**To SHCU @6:15am 11-01 for Lab-NPO**
| | |
|---|---|
| CAMPBELL, Sam | 195287 |
| ACOFF, Henry | 111741 |
| ANDERSON, Thomas | 168000 |
| COLEMAN, Joe | 097712 |
| JOHNSON, Allen | 164448 |
| BRUNO, Stanley | 121656 |
| WHATLEY, Bobby | 202048 |
| DRAKE, Ryan | 198230 |
| WILLIAMS, Tommy | 147065 |

| | |
|---|---|
| HARRIS, Eddie | 112009 |
| PEARSON, Jessie | 105272 |

**To SHCU @7:00am 11-01 for X-rays**
| | |
|---|---|
| MILES, Louis | 138374 |
| McCABE, Joseph | 199393 |
| BARBER, John | 138540 |
| TURNER, Willie | 192572 |
| GRADY, Leon | 125251 |
| TODD, Steven | 238746 |
| Thomas, Cleveland | 128679 |
| PHILLIPS, Willie | 120754 |
| REDD, John | 177676 |
| SEARS, David | 239097 |

**To SHCU @7:30am 11-01 for MD**
| | |
|---|---|
| PHILLIPS, Erron | 196856 |
| ABSTON, Herman | 112858 |
| PITTS, Arthur | 135526 |
| TERRELL, Brian | 218173 |
| PERDUE, Johnny | 232618 |
| Hockaday, Scottie | 181616 |
| MOODY, Willard | 170989 |
| CARDEN, Billy | 146874 |
| MOORE, Michael | 155349 |
| Streeter, Samuel | 091026 |
| BUNDY, Russell | 163783 |
| Williams, Chester | 221049 |
| Goggins, Bernard | 241522 |

**To SHCU @8:00am 11-01 for Dental**
| | |
|---|---|
| COLLIER, Cedric | 186967 |
| MOODY, Willard | 170989 |
| PAGE, Michael | 152755 |

**To SHCU @12:00pm 11-01 for Dental**
| | |
|---|---|
| WYATT, David | 237063 |
| BROOKS, Antonio | 219891 |
| BASS, Michael | 242261 |

### INMATE NOTICES

The following inmates are to report to the Chapel @9:00am 11-01 for a Workshop
| | |
|---|---|
| BARNES, Antonio | 200578 |
| BRYANT, Corvin | 149205 |
| CARTER, Dewon | 155504 |
| CHAPPELL, Edwin | 181264 |
| CURRY, Jessie | 242041 |
| EWING, David | 218515 |
| FLANAGAN, Steve | 227776 |
| GARRETT, Herbert | 171757 |
| GIPSON, Lang | 233990 |
| HURST, Leslie | 241254 |
| INGRAM, Jeffrey | 222816 |
| MARTIN, Roy | 139078 |
| Mathis, Christopher | 131604 |
| Merriweather, Antonio | 166859 |
| ORR, Morris | 202480 |
| RACHEL, Montwell | 241161 |
| SEARS, David | 239097 |
| WHORTON, Thomas | 127237 |
| WILBOURN, Kenneth | 227568 |
| Williams, Frederick | 180864 |

Stop up the following inmates @ 9:00am 11-01 for Ms. McQueen's Open House
| | |
|---|---|
| BARTON, Timothy | 232807 |
| COBB, Edarious | 225996 |
| ARNETTE, Mark | 154009 |
| ELLIS, Cedric | 177241 |
| CURRY, Randy | 228193 |
| BLACK, Kenneth | 175555 |
| DAVIS, Arthur | 157941 |
| COLLIER, Cedric | 186967 |
| EDMONDS, Clark | 167752 |
| CAPPS, Joseph | 200074 |
| CORELLI, Arturo | 165359 |

October 28, 2005

# The Elmore Times

### Where To Be and What's Going On  Oct. 29-31, 2005

## RELEASES

**10-29-05**
NEWTON, Jeffrey — 234787

**10-30-05**
PLAYER, James — 214511

**10-31-05**
JOHNSON, James — 177835
JOHNSON, Kawaski — 225839
OWENS, Bryant — 238344

## EMPLOYEE NOTICES

The DOC Annual Christmas Luncheon will be Dec. 15, 11:00am - 1:00pm in Birmingham at the Wynfrey Hotel Ballroom. Tickets are $20.00, please see Ms. Slatton to purchase yours.

$1.00 or 6 for $5.00 Raffle Tickets are on sale now for Hunter & Fisherman Gift Basket See Ms. Collier to purchase yours.

## MEDICAL APPTS.

**To SHCU @8:30am 10-31 for MD**
GRAHAM, Jeffrey — 239814
McLendon, Kenneth — 234729
TERRELL, Brian — 218173
JONES, Albert — 138531
PARKER, Reginald — 146033
MAXWELL, Chance — 239987
SEARS, David — 239097
GARDNER, Adrian — 161800
HARMON, Archie — 175315
WILLIAMS, James — 126909
SPURLOCK, Thomas — 238238
ROBBINS, Dewayne — 166638
BARNES, Carlos — 197722
RAY, McArthur — 204233

## INMATE NOTICES

Jeffrey Jones will check out to Compost on Sat. 30th and Sun. 31st per Lt. Dennis

Stop up the following inmates @ 8:30am 10-31 to see Mr. Moncrief
REMBERT, George — 081073
NOLAN, Richard — 134438
FLOYD, Ronald — 171793
BROOKS, Arthur — 174989
JONES, Jeffrey — 179352
JENKINS, Charles — 184906
WALKER, Bradley — 209739
Rawlinson, Michael — 212795
Hamby, Christopher — 216492
FELDER, Patrick — 223103
WEBSTER, Andre — 159444
SCOTT, Anthony — 190669
HADI, Zakariya — 193114
Humphrey, Marshall — 197950
LEWIS, Gary — 154848
Christian, Roderick — 171443
SAPP, Charles — 199405
GREEN, Mickey — 209483

Stop up the following inmate @ 9:00am 10-31 to see Ms. McQueen for Progress Review
Birmingham, Walter — 240882

## ATTENTION ALL INMATES

Islamic Services will be held nightly from 5:00 - 6:30pm and Christian Services from 6:30 - 8:30pm starting 11-01-05

As of 10-11-05, ALL inmates must sign in at all Chapel Services. You must put your Name, AIS#, Dorm and Bed # or you will receive a Disciplinary.

NOTICE: Inmate Store Slips
You must put the item # on the slip. Do not put the description of the item.

ALL SALES ARE FINAL AT THE CANTEEN AND THE SANDWICH LINE. YOU MUST CHECK YOUR PURCHASES BEFORE YOU LEAVE WITH THEM.