ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DOC Form 225B (Revised 1/30/2003)

1. INMATE: **Larry Bailey**   CUSTODY: **Min**   AIS NO.: **B/162725**

2. FACILITY: **Elmore Correctional Center**

3. The above named inmate is being charged by **Mark Loman, COII** with violation of rule **#31** specifically **Assault on Another Inmate** from regulation # **403**, which occurred on or about **November 27**, 2005 at (time) **6:05 pm** (am / pm), Location: **In front of Dormitory B.** A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **Inmate Larry Bailey did admit to slapping Inmate Darrell Maddon, B/242211 in the face. This dispute started over a serving of rice during chow.**

**Mark Loman, COII**
Arresting Officer / Typed / Rank         Arresting Officer / Signature / Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the 27th day of Nov., 2005, at (time) 8:20 (am/pm).

Walter Roxbury, COI                        Refused To Sign  COI W. Roxbury
Serving Officer / Signature / Rank         Inmate's Signature / AIS Number

6. Witnesses desired?   NO  Refused To Sign Co. W. Roxbury   YES _____
                            Inmate's Signature                Inmate's Signature

7. If yes, list: _____

8. Hearing Date _____ Time _____ Place _____

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing him/herself.

_____
Signature / Hearing Officer

11. Plea: _____ Not Guilty   _____ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

_____
Signature / Hearing Officer

13. Arresting Officer's testimony (at the hearing): _____

Annex C to AR 403 ( Page 1 of 3 pages )