## Alabama Department of Corrections
### February 2003 Monthly Report
### Personnel Staffing

| Facility | Correctional Staff Auth | Correctional Staff Actual | Corr Losses Month | Corr Losses Y-T-D | YTD Turnover | Ratio Inmate:CO | Total Personnel Auth | Total Personnel Actual | Total Pers Losses Month | Total Pers Losses Y-T-D | YTD Turnover | Staffing Levels |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Administrative & Training | 34 | 32 | 0 | 0 | 0.0% | 0.0 | 376 | 338 | 2 | 11 | 3.3% | 89.9% |
| *Work Release Centers | 185 | 177 | 2 | 10 | 5.6% | 15.6 | 253 | 238 | 4 | 15 | 6.3% | 94.1% |
| **INSTITUTIONS** | | | | | | | | | | | | |
| Bibb | 186 | 178 | 1 | 12 | 6.7% | 10.5 | 245 | 228 | 1 | 12 | 5.3% | 93.1% |
| Bullock | 152 | 149 | 1 | 7 | 4.7% | 8.8 | 196 | 189 | 1 | 11 | 5.8% | 96.4% |
| Cattle Ranch | 9 | 8 | 0 | 0 | 0.0% | 13.6 | 11 | 10 | 0 | 0 | 0.0% | 90.9% |
| JO Davis (in Fountain's) | 0 | 0 | 0 | 0 | 0.0% | 0.0 | 0 | 0 | 0 | 0 | 0.0% | 0.0% |
| Donaldson | 274 | 220 | 1 | 23 | 10.5% | 7.0 | 322 | 259 | 2 | 27 | 10.4% | 80.4% |
| Draper | 180 | 163 | 1 | 10 | 6.1% | 7.5 | 215 | 194 | 1 | 12 | 6.2% | 90.2% |
| Easterling | 162 | 155 | 0 | 10 | 6.5% | 8.2 | 201 | 192 | 1 | 11 | 5.7% | 95.5% |
| Elmore | 85 | 80 | 0 | 4 | 5.0% | 14.7 | 127 | 119 | 0 | 6 | 5.0% | 93.7% |
| Fountain | 155 | 141 | 3 | 6 | 4.3% | 11.5 | 196 | 181 | 3 | 8 | 4.4% | 92.3% |
| Frank Lee | 35 | 31 | 1 | 2 | 6.5% | 9.2 | 47 | 41 | 1 | 2 | 4.9% | 87.2% |
| Hamilton A&I | 34 | 34 | 0 | 0 | 0.0% | 8.6 | 42 | 42 | 0 | 0 | 0.0% | 100.0% |
| Holman | 188 | 167 | 2 | 6 | 3.6% | 5.9 | 211 | 190 | 3 | 8 | 4.2% | 90.0% |
| Kilby | 177 | 163 | 1 | 15 | 9.2% | 8.5 | 229 | 211 | 4 | 25 | 11.8% | 92.1% |
| Limestone | 256 | 251 | 1 | 12 | 4.8% | 8.7 | 312 | 306 | 1 | 13 | 4.2% | 98.1% |
| Red Eagle | 26 | 23 | 0 | 1 | 4.3% | 13.3 | 36 | 32 | 0 | 2 | 6.3% | 88.9% |
| St. Clair | 265 | 251 | 3 | 12 | 4.8% | 6.0 | 311 | 292 | 3 | 14 | 4.8% | 93.9% |
| Staton | 140 | 132 | 0 | 5 | 3.8% | 10.4 | 175 | 165 | 0 | 6 | 3.6% | 94.3% |
| Tutwiler | 127 | 113 | 0 | 2 | 1.8% | 11.1 | 174 | 154 | 0 | 5 | 3.2% | 88.5% |
| Ventress | 158 | 154 | 3 | 6 | 3.9% | 10.5 | 209 | 201 | 4 | 10 | 5.0% | 96.2% |
| **WORK CENTERS** | | | | | | | | | | | | |
| Childersburg WR/WC/BC | 42 | 40 | 1 | 1 | 2.5% | 12.9 | 54 | 52 | 1 | 1 | 1.9% | 96.3% |
| Loxley WR/WC | 25 | 25 | 2 | 4 | 16.0% | 22.4 | 35 | 35 | 2 | 4 | 11.4% | 100.0% |
| **TOTALS** | **2,895** | **2,687** | **23** | **148** | **5.5%** | **9.4** | **3,977** | **3,669** | **34** | **203** | **5.5%** | **92.3%** |

*Contains all WR's except C'burg & Loxley, which are included in work centers