## Alabama Department of Corrections
### September 2005 Monthly Report
### Personnel Staffing

| Facility | Correctional Staff Auth | Correctional Staff Actual | Corr Losses Month | Corr Losses Y-T-D | YTD Turnover | Ratio Inmate:CO | Total Personnel Auth | Total Personnel Actual | Total Pers Losses Month | Total Pers Losses Y-T-D | YTD Turnover | Staffing Levels |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Administrative & Training | 54 | 47 | 0 | 3 | 6.4% | 0.0 | 431 | 368 | 0 | 53 | 14.4% | 85.4% |
| *Work Release Centers | 199 | 187 | 3 | 23 | 12.3% | 6.6 | 269 | 245 | 5 | 39 | 15.9% | 91.1% |
| **INSTITUTIONS** | | | | | | | | | | | | |
| Bibb | 183 | 174 | 4 | 29 | 16.7% | 10.9 | 243 | 220 | 5 | 38 | 17.3% | 90.5% |
| Bullock | 176 | 149 | 3 | 18 | 12.1% | 8.8 | 220 | 188 | 3 | 24 | 12.8% | 85.5% |
| Cattle Ranch | 9 | 8 | 0 | 1 | 12.5% | 12.4 | 11 | 10 | 0 | 1 | 10.0% | 90.9% |
| JO Davis (in Fountain's) | 0 | 0 | 0 | 0 | 0.0% | 0.0 | 0 | 0 | 0 | 0 | 0.0% | 0.0% |
| Donaldson | 243 | 229 | 2 | 36 | 15.7% | 7.0 | 292 | 268 | 2 | 41 | 15.3% | 91.8% |
| Draper | 182 | 157 | 3 | 22 | 14.0% | 7.9 | 217 | 191 | 3 | 26 | 13.6% | 88.0% |
| Easterling | 163 | 151 | 4 | 16 | 10.6% | 8.4 | 203 | 186 | 4 | 20 | 10.8% | 91.6% |
| Elmore | 85 | 79 | 3 | 17 | 21.5% | 14.9 | 128 | 118 | 3 | 17 | 14.4% | 92.2% |
| Fountain | 156 | 142 | 1 | 25 | 17.6% | 11.3 | 199 | 178 | 3 | 34 | 19.1% | 89.4% |
| Frank Lee | 35 | 34 | 0 | 4 | 11.8% | 8.3 | 47 | 45 | 0 | 7 | 15.6% | 95.7% |
| Hamilton A&I | 34 | 34 | 0 | 2 | 5.9% | 8.6 | 44 | 43 | 0 | 4 | 9.3% | 97.7% |
| Holman | 186 | 146 | 1 | 16 | 11.0% | 6.8 | 209 | 167 | 3 | 20 | 12.0% | 79.9% |
| Kilby | 174 | 167 | 2 | 21 | 12.6% | 7.9 | 227 | 219 | 2 | 23 | 10.5% | 96.5% |
| Limestone | 256 | 253 | 3 | 20 | 7.9% | 8.1 | 312 | 295 | 5 | 32 | 10.8% | 94.6% |
| Red Eagle | 27 | 26 | 1 | 6 | 23.1% | 8.0 | 38 | 36 | 2 | 9 | 25.0% | 94.7% |
| St. Clair | 268 | 255 | 3 | 21 | 8.2% | 6.0 | 315 | 297 | 4 | 32 | 10.8% | 94.3% |
| Staton | 139 | 123 | 0 | 13 | 10.6% | 11.2 | 175 | 158 | 0 | 20 | 12.7% | 90.3% |
| Tutwiler | 127 | 105 | 2 | 24 | 22.9% | 9.0 | 176 | 150 | 3 | 32 | 21.3% | 85.2% |
| Ventress | 159 | 154 | 1 | 4 | 2.6% | 10.7 | 212 | 199 | 2 | 8 | 4.0% | 93.9% |
| **WORK CENTERS** | | | | | | | | | | | | |
| Childersburg WR/WC/BC | 44 | 41 | 0 | 3 | 7.3% | 10.5 | 56 | 53 | 1 | 4 | 7.5% | 94.6% |
| Loxley WR/WC | 29 | 25 | 0 | 8 | 32.0% | 13.7 | 39 | 35 | 0 | 11 | 31.4% | 89.7% |
| **TOTALS** | 2,928 | 2,686 | 36 | 332 | 12.4% | 8.9 | 4,063 | 3,669 | 50 | 495 | 13.5% | 90.3% |

*Contains all WR's except C'burg & Loxley, which are included in work centers