

Shower Area