<u>AFFIDAVIT/PETITION</u>

PURSUANT TO **TITLE 28 U.S.C.S §1746**, I SWEAR UNDER THE PENALTY OF PERJURY, IN AGREEMENT WITH THE COMPLAINT FILED BY INMATE LEON FOY. I AM HOUSED AT ELMORE CORRECTIONAL FACILITY---AND THE FOLLOWING CONDITIONS DO EXIST:

1.] OVERCROWDING
2.] INADEQUATE SECURITY IN ALL DORMS
3.] INADEQUATE INMATE CLASSIFICATION
4.] INMATE VIOLENCE
5.] INADEQUATE LIVING SPACE
6.] INADEQUATE VENTILATION
7.] INADEQUATE MEDICAL CARE
8.] INADEQUATE KITCHEN

NAME: Walter C. Westphal    A.I.S# 181525
NAME: Ken McClain    A.I.S# 133958
NAME: _____    A.I.S# 147065
NAME: Terrance Cullivan    A.I.S# 173861
NAME: Davis A. M___    A.I.S# 205930
NAME: Morris Prince    A.I.S# 241620
NAME: Derrick Benson    A.IS# 211187
NAME: Carl Burnett    A.I.S# 138525
NAME: Eric Harris    A.I.S# 174104
NAME: Scotty Watson    A.I.S# 240594
NAME: Jane Biles    A.I.S# 117394
NAME: Johnny Waples    A.I.S# 120716
NAME: Terry Calhoun    A.I.S# 187148
NAME: Al Smitt    A.I.S# 508186
NAME: Joseph Yarbrough    A.I.S# 207879
NAME: Willie Turner    A.I.S# 192572
NAME: Tyrone Johnson    A.I.S# 219733
NAME: Leroy Carroll    A.I.S# 164016
NAME: Lou Collins    A.I.S# 169234
NAME: Lawrence Dade    A.I.S# 131793
NAME: Anthony Brooks    A.I.S# 115714
NAME: John Patterson    A.I.S# 199871
NAME: Leroy Walker    A.I.S# 202699
NAME: James Mitchell    A.I.S# 120336
NAME: Leon Stone    A.I.S# 153250
NAME: Frank Jones    A.I.S# 146234

## AFFIDAVIT / PETITION

Pursuant to **Title 28 U.S.C.S. §1746**, I swear under the Penalty of perjury, In agreement with the complaint filed by Inmate Leon Foy. I am housed at Elmore Correctional Facility--And the following Conditions do exist:

1.) Overcrowding
2.) Inadequate security in all dorms
3.) Inadequate Inmate classification
4.) Inmate Violence
5.) Inadequate living space
6.) Inadequate Ventilation
7.) Inadequate Medical Care
8.) Inadequate Kitchen

| Name | A.I.S. No. |
|---|---|
| Larry Bailey | 162725 |
| Robert Simpson | 146651 |
| John Kernodian | 170285 |
| Jeremy Rhodes | 242748 |
| Joseph Adams | 206013 |
| (illegible) | 232462 |
| (illegible) Rogers | 236328 |
| Brian Butler | 186527 |
| Donald Lee | 134285 |
| Kay K. (illegible) | 175927 |
| Anthony Bennett | 195145 |
| Percy Denns | 233809 |
| Cooper, Jason | 155006 |
| Anthony (illegible) | 173446 |
| Phillip (illegible) | 185649 |
| William Summers | 160448 |
| Mark Sue | 219241 |
| (illegible) | 136724 |
| Steve (illegible) | 159878 |

AFFIDAVIT/PETITION

PURSUANT TO **TITLE 28 U.S.C.S §1746**, I SWEAR UNDER THE PENALTY OF PERJURY, IN AGREEMENT WITH THE COMPLAINT FILED BY INMATE LEON FOY. I AM HOUSED AT ELMORE CORRECTIONAL FACILITY--AND THE FOLLOWING CONDITIONS DO EXIST:

1.] OVERCROWDING
2.] INADEQUATE SECURITY IN ALL DORMS
3.] INADEQUATE INMATE CLASSIFICATION
4.] INMATE VIOLENCE
5.] INADEQUATE LIVING SPACE
6.] INADEQUATE VENTILATION
7.] INADEQUATE MEDICAL CARE
8.] INADEQUATE KITCHEN

| NAME | A.I.S# |
|---|---|
| Kenneth Steven | 177985 |
| Darius Guice | 243146 |
| Morris Harrison | 243051 |
| Eric Jackson | 243217 |
| Jack Jenkins | 235197 |
| Billy Swain | 219535 |
| Jerry Calhoun | 179250 |
| Christopher Ford | 243404 |
| Andre Chappell | 243440 |
| Dionysio Viñas | 215895 |
| Jeffery S. Odom | 242940 |
| Tchaka McGraw | 199013 |
| Johnny Siler | 241835 |
| Jeremy Collins | 243205 |
| Tyrone Richardson | 157832 |
| | 154826 |
| William R. Pettis | 170178 |
| Benny Rumph | 183833 |
| Bobby Hattaway | 231276 |
| Charlie L. Simmons | 120176 |
| Clifford Ellis | 208226 |
| Tony Crowder | 109472 |
| James Bailey | 187785 |
| Trent Rainey | 194273 |
| Tommy Taylor | 179728 |
| Kenneth Howell | 152764 |