IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON FOY, # 125322<br>Plaintiff | )<br>)<br>)<br>)<br>) |
| V.S. | ) CASE NO. 2:05-cv-946-F<br>) |
| BOB RILETY et al.,<br>Defendants. | )<br>) |

NOTICE OF CHANGE OF ADDRESS

Comes now the Plaintiff in the above style cause, hereby gives notice to this Honorable Court of his change of Address, from, ELMORE CORRECTIONAL FACILITY P.O. BOX 8 ELMORE ALABAMA.

His New Address is LIFE TECH CENTER 215 BASHIN RD, THOMASVILLE, AL. 36784

this Change of address was done on January 29, 2007.

RESPECTFULLY SUBMITTED

*Leon Foy*
LEON FOY # 125322

State of AL Life Tech -
2115 Bashi Rd Thomasville
Thomasville  36784

334-637-3100