**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 1, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Leon Foy vs. Bob Riley, et al**
**Case Number: 2:05cv946-MEF**

**Pleading : #37 - Notice of Correction**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 2/1/2007 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**