# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| Leon Foy #125322<br>Plaintiff | *<br>*  Civil Action No 2:05—CV 946F |
| V. | * |
| Bob Riley, et al.,<br>Defendants | * |

RECEIVED
2007 AUG -1 A 9:19
A P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## ANSWER

Come now the plaintiff Leon Foy, file this answer in response to the order the Magistrate file on this date 27th day of July, 2007. Plaintiff civil action (# 2:05 946) (MEF.) I was received at life Tech Center at 2115 Bashi Road Thomasville, AL 36784 on January 29, 2007. I served a copy, change of address when I immediately got here. I pray that this court, and Magistrate Judge understand I can only place these documents in the mail, what takes place then is out of my control, it appears that some how these documents was not received by the Court Clerk and defendants. I assure the Court, at this time I will forward a new copy of change of address with this answer to the Magistrate Order. The granting of permission to file the above mentioned information will not prejudice the defendants, in good cause.

Respectfully Submitted

Leon Foy _Leon Foy_

# CERTIFICATE OF SERVICE

I certify that I have served a true and correct copy of the foregoing motion or pleading upon the defendants et al., at the address I have from the records

**Respectfully Submitted**

Leon Foy _Leon Foy_

**Office of the Clerk United States District Court**
**P.O. Box 711**
**Montgomery, AL 36101-0711**

**Bob Riley**

**Troy King**

**Donal Campbell**

**Paul Whaley**

**William Segrest**

LEON Foy #125322
316 Gamma St. So.
Birmingham, Ala. 35205

MONTGOMERY AL 361
31 JUL 2007 PM 1 L

36101+0711

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P. O. Box 711
Montgomery, Alabama 36101-0711

