# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

RECEIVED

2007 AUG -1 A 9: 19

. P. HACKETT, CL..
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **Leon Foy #125322**<br>**Plaintiff** | **Civil Action No 2:05—CV 946F** |
| * | |
| V. * | |
| **Bob Riley, Et. AL,** * | |
| **Defendants** * | |

I Would like to inform the Court, the change of address my new mailing address at this time are 316 Gamma St. So. Birmingham, Alabama 35205. I pray the Court records reflect the change of address done this day 30th day of July, 2007 in good cause.

**Respectfully submitted**

**Leon Foy** _Leon Foy_
**Plaintaiff**