IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

LEON FOY, #125322,                     )
                                       )
      Plaintiff,                 )
v.                                     )    CASE NO. 2:05-cv-0946-MEF
                                       )
BOB RILEY, *et al.*,                   )
                                       )
      Defendants.               )

# <u>O R D E R</u>

On  May 5, 2008, the Magistrate Judge filed a Recommendation (Doc. #42) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the Court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  The defendants' motions for summary judgment are GRANTED and this case is DISMISSED with prejudice.

3.  The costs of this proceeding are taxed against the plaintiff..

DONE this 30th day of May, 2008.


                /s/ Mark E. Fuller
              CHIEF UNITED STATES DISTRICT JUDGE